FILED
CLERK, U.S. DISTRICT COURT
AUG 14 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GINA GONZALEZ,<br>Defendant. | Case No. 2:24-CR-00750-DOC<br>**ORDER OF DETENTION**<br>[18 U.S.C. §§ 3148(b), 3143(a)] |

On August 14, 2026, Defendant Gina Gonzalez made her initial appearance following her arrest on a bench warrant issued on August 13, 2026. Defendant submitted on the detention recommendation in the Pretrial Services Report.

The Court has reviewed the files and records in this matter, including the report prepared by the U.S. Pretrial Services Agency on August 14, 2026, and its recommendation of detention.

The Court has considered the allegations of Defendant's noncompliance with the conditions set for pretrial release and warrant for arrest issued by the District Judge.

The Court finds, pursuant to 18 U.S.C.§ 3148(b), clear and convincing evidence that Defendant has violated the conditions of her release.

Having considered the factors set forth in 18 U.S.C. §3142(g), the Court finds that there no longer is any condition or combination of conditions of release that will assure that the defendant will not flee if allowed to remain on bail pending future court proceedings.

The Court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee if allowed to remain on bail.

IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal pending further proceedings to be scheduled before District Judge David O. Carter.

Dated: August 14, 2026

Patricia Donahue

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE